

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00807-CR

**EX PARTE** Ignacio **MORALES CORDOVA**

From the County Court, Kinney County, Texas
Trial Court No. 10787CR
Honorable Molly Francis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 19, 2025.

_____
Adrian A. Spears II, Justice